448 A.2d 1150

Commonwealth v. Hailstock, Appellant.

Submitted September 30, 1981.

Jesse E. Shearin, Jr., for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.